# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| MONTE D. CREWS, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:16cv00099 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| HALIFAX ADULT | ) | |
| DETENTION CENTER, | ) | By: Norman K. Moon |
|     Defendant. | ) | United States District Judge |

Plaintiff Monte D. Crews, a Virginia inmate proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983, naming only the Halifax Adult Detention Center as a defendant. To state a cause of action under § 1983, a plaintiff must allege facts indicating that he has been deprived of rights guaranteed by the Constitution or laws of the United States and that this deprivation resulted from conduct committed by *a person* acting under color of state law. *West v. Atkins*, 487 U.S. 42 (1988) (emphasis added). As the Halifax Adult Detention Center is not a "person" subject to suit under § 1983, Crews cannot maintain this action against the named defendant. *See McCoy v. Chesapeake Correctional Center*, 788 F. Supp. 890 (E.D. Va. 1992). Accordingly, I will dismiss Crews' complaint without prejudice pursuant to 42 U.S.C. § 1997e(c)(1).

ENTER: This 21st day of March, 2016.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE