IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MONTE D. CREWS, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:16cv00099 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| HALIFAX ADULT | ) | |
| DETENTION CENTER, | ) | By: Norman K. Moon |
|     Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that this 42 U.S.C § 1983 action is **DISMISSED without prejudice** pursuant to 42 U.S.C. § 1997e(c)(1) for failing to state a claim and this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 21st day of March, 2016.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE